UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORIELLE JOHNSON,

    Plaintiff,

v.

PATRICIA CARUSO, ET AL.,

    Defendants.

                                            /

Case No. 09-10910

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MICHAEL J. HLUCHANIUK

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION [67] AND GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT [53] AND [62] AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT[68]**

Before the Court are Defendants' Motions for Summary Judgment [53] and [62], filed on May 5, 2011, and July 6, 2011, respectively. On January 23, 2012, Magistrate Judge Hluchaniuk issued a Report and Recommendation ("R&R") [67] recommending that Defendants' motions be GRANTED. Plaintiff filed an Objection [70] on February 9, 2012.

This Court reviews objections to a Magistrate Judge's Report and Recommendation on a dispositive motion *de novo.  See* 28 U.S.C. §636(b)(1)©.  Making some objections to a Report and Recommendation, but failing to raise others, will not preserve all objections a party may have to the report and recommendation. *McClanahan v. Comm'r of Soc. Sec.*, 474 F.3d 830, 837 (6th Cir. 2006). Objections must be specific. *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596 (6th Cir. 2006).

In his Objection, Plaintiff merely repeats the allegations and arguments set out in the complaint and response to motion for summary judgment. The Magistrate Judge's Report and Recommendation thoroughly explores and rejects said allegations and arguments. Plaintiff's objection raises no new

issues of fact or law. Plaintiff also fails to demonstrate that the reasoning of the Report and Recommendation is incorrect.

The Court having reviewed the record in this case, the Opinion and Order of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motions for Summary Judgment [53] and [62] are **GRANTED**.

**SO ORDERED.**

        s/Arthur J. Tarnow
        Arthur J. Tarnow
        Senior United States District Judge

---

### CERTIFICATE OF SERVICE

I hereby certify on March 16, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on March 16, 2012: **Corielle Johnson.**

        s/Michael E. Lang
        Deputy Clerk to
        District Judge Arthur J. Tarnow
        (313) 234-5182